UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| LY BERDITCHEV CORP., | Civil Action No. 2:19-cv-20073-WJM-MF |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| LAVAZZA PREMIUM COFFEES CORP.; LUIGI LAVAZZA S.P.A.; JOHN DOES 1-10, | |
| Defendants. | *Electronically Filed* |

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LY Berditchev Corporation hereby voluntarily dismisses all claims in this action with prejudice and without costs to any party.


Dated: January 16, 2020

Respectfully submitted,

AMSTER ROTHSTEIN, & EBENSTEIN LLP

*/s/ Mark Berkowitz*
Mark Berkowitz
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000
Fax: (212) 336-8001
E-mail: mberkowitz@arelaw.com

*Attorneys for Plaintiff*

4816-5807-3777v.1